No. 24-2836

IN THE

# United States Court of Appeals for the Ninth Circuit

DIANA THEODORE,

*Plaintiff-Appellant*,

v.

AMERICAN EXPRESS NATIONAL BANK,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:23-cv-3710
Hon. Araceli Martínez-Olguín

# MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFF-APPELLANT BY THE NATIONAL CONSUMER LAW CENTER, THE NATIONAL ASSOCIATION OF CONSUMER ADVOCATES, THE AMERICANS FOR FINANCIAL REFORM EDUCATION FUND, AND THE IMPACT FUND

Andre M. Mura (298541)
Hanne L. Jensen (336045)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
amm@classlawgroup.com
hj@classlawgroup.com
*Attorneys for Amici Curiae NCLC, NACA, AFREF, and Impact Fund*

## MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF

The National Consumer Law Center ("NCLC"), the National Association of Consumer Advocates ("NACA"), the Americans for Financial Reform Education Foundation ("AFREF"), and the Impact Fund request leave to file an amici curiae brief in support of Plaintiff-Appellant Diana Theodore in the above captioned matter. Plaintiff-Appellant has consented to the filing of this brief. Amici sought consent from Defendant-Appellee American Express National Bank, but Defendant-Appellee declined to take a position on this request.

## IDENTITY AND INTEREST OF AMICI CURIAE

Amici are consumer and civil rights organizations committed to the effective enforcement of consumer laws and the preservation of access to the courts for victims of consumer fraud.

The National Consumer Law Center ("NCLC") is a national research and advocacy organization focusing on justice in consumer financial transactions, especially for low-income and elderly consumers. Since its founding as a nonprofit corporation in 1969, NCLC has been a resource center addressing numerous consumer finance issues. NCLC publishes a 21-volume Consumer Credit and Sales Legal Practice Series, including *Consumer Arbitration Agreements* (8th ed. 2020) and *Consumer Class Actions* (11th ed. 2024), and has been actively involved in the debate concerning mandatory pre-dispute arbitration clauses, class action waivers,

and access to justice for consumers. NCLC frequently appears as amicus curiae in consumer law cases before trial and appellate courts throughout the country.

The National Association of Consumer Advocates ("NACA") is a nonprofit corporation with a membership of private and public sector attorneys, legal services attorneys, and law professors and law students whose primary area of practice or area of study involves the protection and representation of consumers. NACA's mission is to promote justice for all consumers by maintaining a forum for information sharing among consumer advocates across the country and to serve as a voice for its members and consumers in the ongoing effort to curb unfair, deceptive and abusive business practices.

Americans for Financial Reform Education Fund ("AFREF") is an independent, nonprofit coalition of more than 200 consumer, labor, civil rights, and community-based groups working to lay the foundation for a strong, stable, and ethical financial system. Launched in the wake of the 2008 financial crisis, AFREF advocates for stronger consumer financial protections and continues to actively participate in regulatory efforts to curb forced arbitration.

The Impact Fund is a nonprofit legal foundation that provides strategic leadership and support for impact litigation to achieve economic, environmental, racial, and social justice. The Impact Fund provides funding, offers innovative training and support, and serves as counsel for impact litigation across the country.

The Impact Fund has served as party or amicus counsel in major civil rights cases brought under federal, state, and local laws, including cases challenging employment discrimination; unequal treatment of people of color, people with disabilities, and LGBTQ people; and limitations on access to justice. Through its work, the Impact Fund seeks to use and support impact litigation to achieve social justice for all communities.

Amici curiae are interested in this case because the outcome will directly affect the people they serve. Specifically, amici curiae are committed to ensuring that consumers receive the rights and adequate legal protections they are due.

The attached brief explains developments in empirical research investigating consumers' understanding of mandatory arbitration provisions. The brief provides relevant background information to better inform the Court when it considers Plaintiff-Appellant Diana Theodore's argument that consumers like herself are unlikely to have given meaningful consent to arbitrate their claims. This issue is a requirement for contract formation and the central focus of this appeal.

Dated: July 16, 2024

*<u>/s/ Andre M. Mura</u>*

Andre M. Mura
Hanne L. Jensen
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
amm@classlawgroup.com

hj@classlawgroup.com
*Attorneys for Amici Curiae NCLC, NACA, AFREF, and Impact Fund*

## CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing document was filed electronically on July 16, 2024, via the Court's electronic filing system and notice of this filing will be sent to all Parties by operation of the Court's electronic filing system.

*/s/ Andre M. Mura*
Andre M. Mura