UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| Diana Theodore <br><br> Plaintiff - Appellant, <br><br> v. <br> American Express National Bank <br><br> Defendant - Appellee. | 9th Cir. No. 24-2836 <br><br> STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL |

Pursuant to Federal Rule of Appellate Procedure 42(b), all parties hereby move the Court for an order dismissing the above-captioned appeal.

The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: 09/20/2024

s/ Shayne C. Stevenson

Attorney for Appellant

s/ David Moon (with permission)

Attorney for Appellee